prior motions for leave to file a brief *amicus curiæ* denied. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

ANTHONY J. BUSCARINO v. POPE & TALBOT, INC.— Motion to dispense with printing denied, without prejudice, however, to a renewal thereof upon proper papers disclosing plaintiff's financial status. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

MORRIS COHON & CO. v. PENNSYLVANIA COAL & COKE CORPORATION, Now Known as PENN-TEXAS CORP.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the appellant's points to be served and filed on or before January 5, 1960, with notice of argument for the February 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

JOSEPH FELIKS v. AMERICAN BAMBOO CORP. et al.— Motion to dismiss appeal granted, with $10 costs, unless the plaintiff-appellant procures the record on appeal and appellant's points to be served and filed on or before January 5, 1960, with notice of argument for the February 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

In the Matter of the Estate of ADOLF LEON, Deceased. FELICIA LEON et al., Respondents; SYLLA REICHBACH, Appellant.— Motion to dismiss appeal granted unless the respondent-objectant-appellant files the undertaking provided for under section 298 of the Surrogate's Court Act, on or before December 15, 1959, and procures the record on appeal and appellant's points to be served and filed on or before January 5, 1960, with notice of argument for the February 1960 Term of this court. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

In the Matter of the Estate of ADOLF LEON, Deceased. FELICIA LEON et al., Respondents; ELISE REICHBACH, Appellant.— Motion to dismiss appeal granted unless the respondent-objectant-appellant files the undertaking provided for under section 298 of the Surrogate's Court Act, on or before December 15, 1959, and procures the record on appeal and appellant's points to be served and filed on or before January 5, 1960, with notice of argument for the February 1960 Term of this court. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

In the Matter of WILLOUGHBY REALTY & MANAGEMENT CO. INC., and NEW YORK STATE INDEPENDENT UNION OF BUILDING SERVICE EMPLOYEES AND FACTORY WORKERS, LOCAL 2.— Motion for stay granted on condition that the appeal is submitted or argued on December 1, 1959. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

In the Matter of 31 GREENWICH AVE. REST., INC., against NEW YORK STATE LIQUOR AUTHORITY.— Motion for a stay denied, with $10 costs. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

In the Matter of PHILIP R. SHERIDAN et al., against STEPHEN P. KENNEDY, as Police Commissioner of the City of New York.— Motion for leave to file a brief as *amicus curiæ* denied, with leave, however, to movant to renew the motion on a proper affidavit reciting the prior proceedings, to which there shall be attached a copy of the order of transfer or the notice of appeal herein. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

FUN FAIR PARK, INC. et al., v. FRANCIS URSINI et al. FUN FAIR PARK, INC., et al., v. GABOR HOLDING CORPORATION et al.— Motion to dismiss appeals granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before January 5, 1960, with notice of argument for the February 1960 Term of this court, said appeal to